# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, NJ 07102-3017
Tel: 973.624.0800  Fax: 973.624.0808

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
Limited Liability Partnership of NY
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

JAMES CRAWFORD ORR / JAMES S. REHBERGER / KURT H. DZUGAY / C. TY NGUYEN
WILLIAM J. RIINA / JOSEPH T. HANLON / GINA CALABRIA / JESSICA BRENNAN
THOMAS F. QUINN / ROBERT LESKO / JOHN W. WILLIAMS / KATHERINE POTTER
BARBARA HOPKINSON KELLY / RENEE J. SHERMAN / SHAUN S. McGREGOR / MELISSA D. LANDAU
CAROLYN F. O'CONNOR / ROBERT T. GUNNING / KIM M. CONNOR / KAREN D PECK
KENNETH M. BROWN / GREGG S. KAHN / PETER A. SWIFT / JOHN W. ROESER
DANIEL F. FLORES / ADAM J. KIPNIS / ERIC T. EVANS / ROBERT GITELMAN
WILLIAM P. KRAUSS / MAXWELL L. BILLEK / GREGORY T. FOOTE / STEPHANIE RUFFO
MICHAEL J. NAUGHTON / JOANNA PIOREK / JULIE VON BEVERN / JILLIAN ACKERMANN
JOSEPH A. GALLO / MICHAEL L. TRUCILLO / LOUIS PERAGGINE
ROBERT A. BERNS / OF COUNSEL / BRUCE W. MCCOY, JR. / ANDREW F. BAIN
KURT W. KRAUSS / ROBERT C. NEFF, JR. / MICHAEL L. SOLOMON / BRENDAN P. MCCARTHY
KELLY A. WATERS / JOHN P. O'TOOLE / DANIEL E. ZEMSKY
COLIN P. HACKETT / SUNA LEE
BRIAN J. WHITEMAN / CHRISTOPHER W. McCLANAHAN
SUSAN KARLOVICH / LINDA K. SMITH
MATTHEW S. MAHONEY / TANA BUCCA
KEVIN C. DONOVAN

KEITH G. VON GLAHN (1952-2007)

www.wilsonelser.com

January 13, 2011

RECEIVED
JAN 14 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**Via ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street, Room 6 East
Trenton, New Jersey 08608

Re:  *American General Life Ins. Co. v. Ellman Savings Irrevocable Trust, et al.*
Civil Action No. 3:08-cv-05364-MLC-TJB
Our File No.: 07478.00537
*Levitin, Esq v. American General Life Ins. Co.*; Civil Action No. 10-1458 (GEB)

Dear Judge Bongiovanni:

As per Your Honor's request, please accept this joint letter detailing the parties' proposed discovery schedule, as follows:

- Close of fact discovery: 8/1/11
- Due date for affirmative expert reports: 8/15/11
- Due date for responsive expert reports: 9/15/11
- Any discovery or case management issues will be brought to the attention of the Court no later than: 9/15/11.
- A telephone conference is set for May 23, 2011 at 10:30 A.M. American General Life Ins. Co. shall initiate the call.

The parties propose that all other provisions of the Scheduling Order entered on January 26, 2010 (including the amendments made to said Scheduling Order by Your Honor's ruling of May 24, 2010) remain unchanged.

We thank the Court for its attention to this matter. We are available to discuss this matter at the Your Honor's convenience.

1106501.1

So Ordered this 14th day
of January, 2011
*[signature] Tonianne J. Bongiovanni*

To:
January 13, 2011
Page 2

      Respectfully,

      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


      *Karen D. Peck*
      Karen D. Peck

KDP:kdp
Cc:   David BenHaim, Esq. (via ECF)
      Daniel Louis Grossman, Esq. (via ECF)